## George Robert Goltzer
152 West 57th Street
8th Floor
New York, NY 10019

**Ying Stafford**  　　　　　　　　　　　　　　Tel.  212/608-1260
**Associate Counsel**　　　　　　　　　　　　　Cell 917/553-6704
　　　　　　　　　　　　　　　　　　　　　　　Fax 1646/430-8944
　　　　　　　　　　　　　　　　　　　　　　　grgoltzer@gmail.com

　　　　　　　　　　　　　　　September 3, 2020

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York　　　　　　　　　
United States Courthouse　　　　　　　　　　## MEMO ENDORSED
500 Pearl Street
New York, NY 10007
Via ECF

　　　　　　　　　　　　Re: *United States v. Michael Mazur*
　　　　　　　　　　　　　　　20 Cr. 227 (LTS)

Dear Judge Swain:

　　　Please accept this letter as an application to be relieved as counsel to Mr. Mazur, who is currently represented by retained counsel, in view of the Attorney General's decision not to seek the death penalty in this matter.

　　　I was appointed as learned counsel in connection with the possibility of a capital prosecution. Retained counsel Kluger and I have discussed the issue of continued representation and agree that in view of the lack of authorization, it is no longer necessary to have two lawyers on the case. Therefor, I respectfully move to be relieved and thank Your Honor for your attention to this matter. I remain

　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　*S/GRGoltzer*
　　　　　　　　　　　　　　George R. Goltzer

cc: All parties via ECF
GRG/ms

　　　　　　　　　　　The request is granted.  DE# 33 resolved.
　　　　　　　　　　　SO ORDERED.
　　　　　　　　　　　9/8/2020
　　　　　　　　　　　/s/ Laura Taylor Swain, USDJ