UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| vs. | : | |
| MICHAEL MAZUR, | : | 20 Cr. 227 (JSR) |
| Defendants. | : | |

Upon the request of inmate MICHAEL MAZUR, by and through his counsel, and with good cause shown, it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center (MDC), and the United States Marshals Service, shall accept the following items of clothing for Mr. Mazur, **Register Number 87972-054**, to wear for his sentencing to be held on December 6, 2021:

1. 1 button-down shirt

2. 1 undershirt

3. 1 belt

4. 1 pairs of dress slacks

5. 1 pair of dress socks

6. 1 pair of dress shoes

7. 1 tie

8. 1 sports coat

**SO ORDERED.**

Dated: New York, N. Y.
        November  29  , 2021

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE