UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

    v.

MICHAEL MAZUR,

        Defendant.

------------------------------------------------------X

20 Cr. 227 (JSR)

ORDER

      Defendant Michael Mazur, through appellate counsel, requests that the Court appoint Michael K. Bachrach, Esq. as counsel, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, for purposes of litigating Defendant's rights pursuant to 28 U.S.C. § 2255. Mr. Bachrach was previously appointed to represent Defendant on appeal by the Second Circuit Court of Appeals and is presently a member of the CJA Panel for the Southern District of New York, the Second Circuit Court of Appeals, and the CJA Capital Panel of both the Southern and Eastern Districts of New York. A judge in this District also having previously found that Defendant is entitled to counsel under the Criminal Justice Act, see Doc. No. 10, and good cause having been shown,

      IT IS HEREBY ORDERED THAT Michael K. Bachrach, Esq. is appointed as counsel for Defendant pursuant to 18 U.S.C. § 3006A for the purpose of litigating Defendant's rights pursuant to 28 U.S.C. § 2255.

Dated: New York, New York
       February 2, 2024

                                SO ORDERED

                                _____
                                The Hon. Jed S. Rakoff
                                United States District Judge