UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MAZUR,<br><br>     Petitioner,<br><br> -against-<br>UNITED STATES OF AMERICA,<br><br>     Respondent. | 24cv02963 (JSR) (RFT)<br><br>20cr0227 (JSR)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  I thank the parties for their response, which addressed the question I sought to raise in my prior order (ECF 3), which inadvertently omitted the last sentence – whether the parties believed an affidavit from prior counsel was required and if not, why not. In light of the parties' position that this petition raises purely legal issues, such that an affidavit from prior counsel would not be relevant, I will not require submission of such an affidavit.

  Petitioner has requested oral argument. (24cv02963 at ECF 4.) Accordingly, oral argument is scheduled for **Friday, September 5, 2025 at 11:30 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY.

DATED: August 26, 2025
     New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge