UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Government,<br><br>　-against-<br>MICHAEL MAZUR,<br><br>　　　　　　　　Defendant. | 20CR00227 (JSR) (RFT)-3<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　　The oral argument scheduled for September 5, 2025 will now be held on **Wednesday, October 1, 2025 at 10 AM** in Courtroom 9B at 500 Pearl Street, New York, NY.

DATED:　August 29, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge