UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MAZUR,

                Petitioner,

  -against-

UNITED STATES OF AMERICA,

                Respondent.

24cv02963 (JSR) (RFT)
20cr0227 (JSR)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 3, 2025, the Court heard oral argument in this matter. Petitioner's post-argument brief shall be submitted by **November 24, 2025.** The Government shall submit its response by **December 8, 2025.**

DATED:  November 3, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge