UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MAZUR,

            Petitioner,

-against-

UNITED STATES OF AMERICA,

           Respondent.

24-CV-2963 (JSR) (RFT)
20-CR-0227 (JSR)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 3, 2025, I issued an Order setting a post-argument briefing schedule. (ECF 12.) In that Order, I directed Petitioner to file a post-argument brief no later than November 24, 25, 2025. The November 24, 2025 deadline to submit a post-argument brief has now expired.

Accordingly, I am nunc pro tunc extending the time for Petitioner to file a post-argument brief until **December 1, 2025.** The Government shall submit its response by **December 15, 2025**. If filing is not made by December 1, 2025, and no extension of time is requested, I will consider the matter fully briefed.

DATED:  November 25, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge